1  ANTHONY M. PAGLIA
   Nevada Bar No. 11234
2  ANTHONY PAGLIA INJURY LAWYER, LTD
3  5358 South Eastern Avenue
   Las Vegas, Nevada 89119
4  (702) 830-7070
   apaglia@anthonypaglia.com
5  *Attorney for Plaintiff*

6                   **UNITED STATES DISTRICT COURT**
7
                            **DISTRICT OF NEVADA**
8

| 9  | JOVANNI OSEGUERA, | Case No.: 2:22-cv-00216-APG-EJY |
| 10 | Plaintiff | **Motion to Withdraw Attorney of Record** |
| 11 | vs. | |
| 12 | POSTMATES, LLC, POSTMATES, INC., and TIMOTHY ALLEN VANDYKE, | |
| 13 | | |
| 14 | Defendants | |

15   Plaintiff, Jovanni Oseguera seeks to withdraw Attorney Chandler R. Keeton as counsel
16
17   for this case. Anthony M. Paglia will remain lead counsel for the Plaintiff.

18   Anthony M. Paglia respectfully requests the Clerk of the Court to withdraw Attorney
19   Chandler R. Keeton as counsel of record because he is no longer an associate of Anthony Paglia
20   Injury Lawyer, Ltd, and should be terminated from further notification from the Court's CM/ECF
21   system.
22
23   ...
24   ...
25   ...
26   ...
27   ...
28

1

Hereinafter, all parties to the above reference case should notify undersigned counsel of any action in this case.

Respectfully submitted this 14th day of March, 2022.

ANTHONY PAGLIA INJURY LAWYER, LTD

_____
ANTHONY M. PAGLIA
Nevada Bar No. 11234
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2022