Susana Santana
Nevada Bar No. 13753
Dane W Smith
Nevada Bar No. 16002
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
ssantana@wshblaw.com
dsmith@wshblaw.com

Attorneys for Postmates, LLC, Postmates, Inc.
and Timothy Allen Vandyke

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JOVANNI OSEGUERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POSTMATES, LLC; POSTMATES, INC.; TIMOTHY ALLEN VANDYKE; and DOES 1 through 10 inclusive, and ROE CORPORATIONS 1 - 10 inclusive,<br><br>Defendants. | Case No. 2:22-cv-00216-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 45 |

Plaintiff, JOVANNI OSEGUERA ("Plaintiff") and Defendants, POSTMATES, LLC, POSTMATES, INC. and TIMOTHY ALLEN VANDYKE (collectively referred to as "Defendants") by and through their undersigned counsel, hereby stipulate and agree to the following:

THE PARTIES HEREBY STIPULATE AND AGREE that they have reached a global resolution and settlement of this matter wherein Plaintiff and Defendants hereby stipulate to dismiss any and all claims, known and unknown, in this matter against Defendants, WITH PREJUDICE, each party to bear their own attorney's fees and costs.

THE PARTIES HEREBY STIPULATE AND AGREE that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other

28078211.1:05472-0748

Case No. 2:22-cv-00216-JAD-EJY

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

non-original signature shall still create a binding and enforceable agreement.

IT IS SO STIPULATED:

DATED: April 19, 2023

MOSS BERG INJURY LAWYERS

/s/ Boyd B. Moss III
_____
BOYD B. MOSS III
Nevada Bar No.
JOHN C. FUNK
Nevada Bar No.
4101 Meadow Lane, Suite110
Las Vegas, NV 89107

*Attorneys for Plaintiff Jovanni Oseguera*

DATED: April 19, 2023

WOOD, SMITH, HENNING & BERMAN LLP

/s/ Susana Santana
_____
SUSANA SANTANA
Nevada Bar No. 13753
DANE W. SMITH
Nevada Bar No. 16002
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020

*Attorneys for Postmates, LLC, Postmates, Inc. and Timothy Allen Vandyke*

## ORDER

Based on the parties' stipulation [ECF No. 45] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 21, 2023